David M. Sturman, SB #89393
16530 Ventura Blvd.,
Suite 306, Encino, CA 91436
Telephone:	(818) 907-0777
Facsimile:	(818) 907-0039
Email:	david@davidsturman.com
Attorney for Plaintiff

Stuart Delery
United States Department of Justice
Acting Assistant Attorney General
Civil Division
David J. Kline
Director, District Court Section
Victor Lawrence
Principal Assistant Director, District Court Section
Kimberly Helvey
Senior Litigation Counsel, District Court Section
Sarah S. Wilson (GA 212212)
Trial Attorney, District Court Section
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington Dc. 290044
Telephone: (202) 532-4700
Facsimile:  (202) 395-7000
Email:	sara.s.wilson@usdoj.gov
Attorneys for Defendants-Respondents

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FITNESS IQ, LLC ) <br> ) <br> PLAINTIFF, ) <br> ) <br> vs. ) <br> ) <br> ROSEMARY MELVILLE, et. al. ) <br> ) <br> DEFENDANTS. ) <br> ) <br> _____ ) | No: CV 11-06829-JAK (JCx) <br><br> ORDER GRANTING MOTION TO DISMISS <br><br> **JS-6** |

Having duly considered the Joint Motion to Dismiss filed by the parties on May 22, 2012, it is hereby ordered that the Motion be granted. The instant action is dismissed in its entirety. All parties to bear their own costs.

It is so ordered.

_____
Hon. John A. Kronstadt          Dated: May 24, 2012
U.S. District Court Judge

-2-